DENNIS FELSTED ET AL. *v.* KIMBERLY
AUTO SERVICES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 665, is denied.

*Roger Sullivan,* in support of the petition.

*Richard J. Falcigno,* in opposition.

Decided October 3, 1991

STACI FORSBERG *v.* NEW HAMPSHIRE INSURANCE
COMPANY ET AL.
NEW HAMPSHIRE INSURANCE COMPANY ET AL.
*v.* STACI FORSBERG

The New Hampshire Insurance Company's petition for certification for appeal from the Appellate Court, 24 Conn. App. 655, is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *Covenant Ins. Co.* v. *Coon,* 220 Conn. 30.

*George J. DuBorg,* in support of the petition.

*Daniel P. Scapellati* and *Elizabeth A. Gallagher,* in opposition.

Decided August 6, 1991